[No. 9193–7–III. Division Three. June 20, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ARNULFO
OLVERA MAGANA, *Appellant.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 88–8–50012–1, John G. Carroll, J. Pro
Tem., entered February 29, 1988. *Affirmed* by unpublished
opinion per Green, J., concurred in by Munson, A.C.J., and
Shields, J.

[No. 9477–4–III. Division Three. June 20, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. FELIX
JONES, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 88–1–00140–2, Yancey Reser, J., entered
July 6, 1988. *Affirmed* by unpublished opinion per Thomp-
son, C.J., concurred in by Munson and Shields, JJ.

[No. 10602–7–II. Division Two. June 21, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. VICKI
LYNN EATON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 85–1–00785–9, James D. Ladley, J., entered
December 16, 1986. *Reversed* by unpublished opinion per
Alexander, C.J., concurred in by Reed and Petrich, JJ.

[No. 11713–4–II. Division Two. June 21, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. ALVIN J.
GALLEGOS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 86–1–02612–8, D. Gary Steiner, J., entered
January 22, 1988. *Affirmed* by unpublished opinion per
Worswick, J., concurred in by Petrich, A.C.J., and Reed, J.